Frank Frank Goldstein & Nager PC
1430 Broadway
Suite 1615
New York, NY 10018
Phone: 212-686-0100
Fax: 212-686-6726

Summa Capital Corp.
Howard A. Schulder
136 E 57th Street
Suite 1105
New York, NY 10022

# Trust Statement

02/01/2017 to 02/28/2017
Client: 539

Payments Received:

| Pmt Date | Debtor Name | Debt ID | Clt Ref No | Rate Plan | Pmt Code | Amount Paid Us | Amount Paid Clt | Amount Due Us | Amount Due Clt | Balance on 02/28/2017 |
|---|---|---|---|---|---|---|---|---|---|---|
| 02/14/2017 | Tally Leasing Corp. | 149485-1 | | 20A | CHK | 29,500.00 | 0.00 | 5,900.00 | 23,600.00 | 23,824.19 |
| (1 Payment) | | | | | | 29,500.00 | 0.00 | 5,900.00 | 23,600.00 | |

Credit Amount  $23,600.00
Remit Amount  $0.00

Summary for Summa Capital Corp.

| --------Prior Balance Update-------- | | --------Current-------- | | --------Payment-------- | |
|---|---|---|---|---|---|
| Prior Credits | $0.00 | Gross Collections | $29,500.00 | Check Enclosed | $23,600.00 |
| Amount Applied | $0.00 | Collection Fees | $5,900.00 | Please Remit | $0.00 |
| Amount Refunded | $0.00 | Sales Tax 0.00% | $0.00 | | |
| Prior Fees Unpaid | $0.00 | Rebate Amount | $0.00 | | |
| Amount Withheld | $0.00 | Sales Tax ID # | | | |

---

CASH ONLY IF ALL CheckLock™ SECURITY FEATURES LISTED ON BACK INDICATE NO TAMPERING OR COPYING

**Frank Frank Goldstein & Nager P.C.**
Attorney At Law
1430 Broadway, Suite 1615
New York, NY 10018

SIGNATURE BANK
NEW YORK CITY, NY 10017
1-1357/260

6197

3/2/2017

PAY TO THE ORDER OF   Summa Capital Corp.   $ **23,600.00

Twenty-Three Thousand Six Hundred and 00/100************************************************************ DOLLARS

Summa Capital Corp.
136 E 57th Street
Suite 1105
New York, NY 10022

MEMO  Collections 2017-02



⑆006197⑆ ⑈026013576⑈ 1500882286⑈

# FRANK, FRANK, GOLDSTEIN & NAGER P.C.
ATTORNEYS AT LAW
1430 BROADWAY, SUITE 1615
NEW YORK, N.Y. 10018
212-686-0100
FAX: 212-686-6726

JOCELYN RUTH NAGER, ESQ.
SETH H. SCHLANGER, ESQ.

LEGAL ASSISTANTS
JACKELYN FLOREZ, CLA

January 14, 2014

Summa Capital Corp.
350 Fifth Avenue, Ste. 7612
New York, NY 10118

Attn: Howard A. Schulder

## REMITTANCE STATEMENT

Page 1

| Our No. | Your Number | Creditor / Debtor Name | Received By FFG&N | Commissions & Fees | Amount Due Client | C |
|---|---|---|---|---|---|---|
| 149482- | 0525C | SUMMA CAPITAL CORP. as Assigne East /West Management, Corp. | 29342.91 | 7335.73 | 22007.18 | |
| | | | 29342.91 | 7335.73 | 22007.18 | |

Check Enclosed for Amount Due Client: 22007.18

**Code Legend:**
21 - Paid In Full
17 - Bankrupt w/Interim Dividend
22 - On Account Payment
18 - Bankrupt Final Dividend
24 - Settlement In Full

| Vendor Company Name | Vendor Number | Vendor Phone # | Check Date | Check No. |
|---|---|---|---|---|
| Summa Capital Corp. | ZZZ539 | | 01/14/2014 | 4355 |

00435

| Invoice Number | Inv. Date | Reference | Invoice Amount | Total Paid | Discount/Adj | Payment Amount |
|---|---|---|---|---|---|---|
| 108197 | 01/14/2014 | REMITTANCE | 22007.18 | 22007.18 | 0.00 | 22007.18 |
| | | TOTAL | 22007.18 | 22007.18 | 0.00 | 22007.18 |

CHECK ARMOR

**FRANK FRANK GOLDSTEIN & NAGER P.C.**
**Attorneys At Law**
1430 BROADWAY, SUITE 1615
NEW YORK, NY 10018

SIGNATURE BANK
NEW YORK, NY 10017
1-1357/260

00435

4355

Sum of Twenty Two Thousand Seven and 18/100 Dollars

DATE: 01/14/2014

AMOUNT: $22,007.18

PAY TO THE ORDER OF

Summa Capital Corp.
Howard A. Schulder
350 Fifth Avenue, Ste. 7612
New York, NY 10118
USA

⑈004355⑈ ⑆026013576⑆ 150088 2286⑈

THIS DOCUMENT CONTAINS A COLORED BACKGROUND ON WHITE PAPER. MICROPRINT IS LOCATED BELOW THIS WARNING BAND.

deposited 1/15/14