**WAYNE GREENWALD, P.C.**
*Attorneys*
475 Park Avenue South- 26th Floor
New York, New York 10016
Tel: 212-983-1922 Fax: 212-983-1965
e-mail: grimlawyers@aol.com

W.M. Greenwald

April 19, 2019

Via- ECF Filing

Hon. Micheal E. Wiles
United States Bankruptcy court
Southern District of New York
One Bowling Green
New York, NY 10004

**Memorandum Endorsement**
With Mr. Pollock's consent, both parties have until April 19, 2019 at 1:00 p.m. to make their submissions.
MEW 4/19/2019

Re:   **Bagbag v. Summa Capital Corp**
       **Case Number- 19-01022-MEW**

Dear: Judge Wiles:

This firm represents Summa Capital Corp. (Summa"), in this case

Pursuant to the scheduling order in this matter, Summa Capital is required to submit its opposition to the debtors petition by noon today. Its appears that I need an additional hour to complete and file the papers. I asked Mr. Pollock to consent to this extension. Apparently, he has been unable to respond to the request.

Accordingly, we ask the court to extend Summa Capital's time to submit its response to the debtors petition to 1:00pm today.

Thank you very much for your consideration.

        Respectfully,

        WAYNE GREENWALD, P.C.

        By: Tiffany Wright
        Legal Assistant

cc: Adam Pollock