UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------------x
                                                      :

In re:                                                :

                                                :  Chapter 7

BOAZ BAGBAG,                           :

                                                :  Case No. 08-12667 (MKV)

                         Debtor.       :

                                                :

                                                :
------------------------------------------------------------------------x

## **ORDER GRANTING DEBTOR'S MOTION TO REOPEN CASE**

      Upon the amended motion, dated April 16, 2018, of the above-captioned debtor (the "Debtor") to reopen the instant case (the "Motion") [ECF No. 149]; and upon consideration of the opposition of Asher Alcobi to the Motion (the "Opposition") [ECF No. 153] and the Debtor's response to the Opposition [ECF No. 156]; and it appearing that proper and adequate notice of the Motion has been given and that no other or further notice is necessary; and for the reasons stated on the record at the hearing on the Motion held on May 31, 2018; and after due deliberation thereon; and good and sufficient cause appearing therefore, it is hereby

      ORDERED, that this case is reopened pursuant to section 350(b) of the Bankruptcy Code, Rule 5010 of the Federal Rules of Bankruptcy Procedure, and Rule 5010-1 of the Local Bankruptcy Rules for the Bankruptcy Court for the Southern District of New York; and it is further

      ORDERED, that to the extent the Debtor seeks any further relief from this Court, the Debtor shall move for such relief by no later than **July 6, 2018**.

Dated: New York, New York
       June 6, 2018                               *s/ Mary Kay Vyskocil*
                                                       Honorable Mary Kay Vyskocil
                                                       United States Bankruptcy Judge