# POLLOCK | COHEN LLP

60 BROAD STREET, 24TH FLOOR
NEW YORK, NEW YORK 10004
(212) 337-5361

*CONTACT:*
Adam Pollock
Adam@PollockCohen.com
(646) 290-7251

June 17, 2019

**VIA ECF**

Hon. Michael E. Wiles, U.S.B.J.
United States Bankruptcy Court
Southern District of New York
One Bowling Green
New York, NY  10004

      Re:    *In re Boaz Bagbag*, Case No.: 08 br 12667 (MEW)
               *Bagbag v. Summa Capital Corp.*, Case No.: 19 ap 01022 (MEW)

Dear Judge Wiles:

      We represent Mr. Boaz Bagbag, the debtor in the above-captioned matter.

      Per Mr. Bagbag's motion filed on ECF this morning, Debtor respectfully requests the entry of an order granting Debtor leave to file an Amended Complaint.  Notably, Summa Capital Corp. has not filed any responsive pleading.  Accordingly, Debtor should be permitted to file an amended responsive pleading "as a matter of course."  *See* FRCP 15(a)(1)(B).  Indeed, would be highly inefficient for the parties to conduct any further proceedings based on a complaint that the Debtor intends to amend, and illogical to require Summa to finally file an Answer just so that Debtor can file an Amended Complaint as a matter of course.

      Accordingly, as discussed in our letter dated June 4, 2019 (dkt. #19), we respectfully request a brief delay to the discovery schedule and the evidentiary hearing scheduled for Wednesday, June 19.  There will be no prejudice to Summa as a result of the proposed amendment.  Indeed, Summa is more likely to be prejudiced by proceeding on the basis of a complaint that will then be superseded after it finally answers.  Summa waited some *eight years* before trying to collect on its fraudulently procured judgment; another few weeks will not change anything.

      Following the filing of the amended complaint, we are optimistic that we can agree upon a narrow discovery schedule with Summa's counsel.

      Ultimately, we are confident that we will demonstrate that the stipulated judgment should be voided.  Summa, of course, should still retain its opportunity to object to the debtor's discharge.

      Thank you for Your Honor's consideration in this matter.

Hon. Michael E. Wiles
June 17, 2019
Page 2 of 2

                                        Respectfully submitted,

                                        /s/ *Adam Pollock*

                                        Adam Pollock

cc:
    Wayne M. Greenwald, Esq. (*via ECF*)
    (counsel for Summa Capital Corp.)

    Greg Bennett, Esq. (*via email*)
    (counsel for former counsel for debtor)

POLLOCK | COHEN LLP