**POLLOCK | COHEN** LLP
60 BROAD STREET, 24TH FLOOR
NEW YORK, NEW YORK 10004
(212) 337-5361

*CONTACT:*
Adam Pollock
Adam@PollockCohen.com
(646) 290-7251

June 17, 2019

**VIA ECF**

Hon. Michael E. Wiles, U.S.B.J.
United States Bankruptcy Court
Southern District of New York
One Bowling Green
New York, NY 10004

      Re:    *In re Boaz Bagbag*, Case No.: 08 br 12667 (MEW)
              *Bagbag v. Summa Capital Corp.*, Case No.: 19 ap 01022 (MEW)

Dear Judge Wiles:

      We represent Mr. Boaz Bagbag, the debtor in the above-referenced matter. The Court has scheduled, for this Wednesday June 19, 2019, an evidentiary hearing on the original petition and motion. We have just learned, however, that the Debtor will be unable to attend as he will be handling a serious and grave medical situation of his partner and mother of their children.[1]

      In any event, by way of the motion for leave to file an amended complaint filed earlier today (the "Motion"), Debtor withdrew the currently operative set of pleadings and papers. Accordingly, he respectfully submits that there is no need for an evidentiary hearing on these papers and instead would proceed on the return date for the Motion, which is July 2, 2019.

      Finally, we seek to briefly clarify the timing of the Motion, in response to the letter submission of Summa's counsel earlier today (dkt. #27). On June 4, 2019, we wrote to the Court to respectfully request a new scheduling order in order to permit the Debtor to amend his complaint. We indicated that we could file a motion to amend within one week of the Court's action on the letter. The Court then directed, on June 10, "If petitioner wishes to amend the complaint, it needs to file a motion that describes the proposed amendment and why it should be allowed." Accordingly, we filed the motion, as promised, within one week, which was today, June 17.

      We are nonetheless happy to appear this Wednesday, June 19, 2019 and are prepared to explain these circumstances further in person.

---

[1] As this letter is being filed on ECF, we will provide additional details as to her condition by hand-delivery.

Hon. Michael E. Wiles
June 17, 2019
Page 2 of 2

Thank you for Your Honor's consideration in this matter.

Respectfully submitted,

Adam Pollock

cc:
    Wayne M. Greenwald, Esq. (*via ECF*)
    (counsel for Summa Capital Corp.)

    Greg Bennett, Esq. (*via email*)
    (counsel for former counsel for debtor)

POLLOCK | COHEN LLP