UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| In re : | Chapter 7 |
| BOAZ BAGBAG, : | Case No. 08-12667 (MEW) |
| Debtor. : |  |
| BOAZ BAGBAG, : |  |
| Plaintiff, : |  |
| v. : | Adv. Pro. No. 19-1022 (MEW |
| SUMMA CAPITAL CORP., : |  |
| Defendant. : |  |

## FURTHER REVISED SCHEDULING ORDER

On June 19, 2019, a status conference was held concerning the scheduling of the evidentiary hearing on the motion filed by Boaz Bagbag to vacate a judgment entered on June 10, 2010 in the Debtor's bankruptcy case in favor of Summa Capital Corp. Summa Capital opposes the relief sought in the motion. Prior orders were entered with regard to the scheduling of this evidentiary hearing at dkt # 11 and dkt # 18. At the status hearing, the Court set forth the revised schedule, and it is hereby

ORDERED that:

1. All exhibits shall be designated and exchanged by the parties by June 27, 2019.

2. The deposition of the Debtor, Boaz Bagbag, shall take place on July 1, 2019.

3. The deposition of Howard Schulder, president of Summa Capital Corp. shall take place on July 2, 2019.

4. The deposition of the two other witnesses identified by Debtor's counsel on the record as Andy and Jeff, and that of the Debtor's prior bankruptcy counsel, Daniel M. Katzner, Esq., shall be arranged for and occur on or before July 10, 2019.

5. If the depositions are not conducted in accordance with this schedule, the Court will preclude the introduction of evidence on matters for which the parties did not provide appropriate discovery.

6. A joint pre-trial order shall be submitted to the Court by July 12, 2019

7. The evidentiary hearing on the Motion will take place on **July 26, 2019 at 2:00 p.m**.

Dated: New York, New York
       June 19, 2019

                              **s/Michael E. Wiles**
                              UNITED STATES BANKRUPTCY JUDGE