


  

Published on May 11th, 2019 | by Jameelah "Just Jay" Wilkerson        0

# The Hype Magazine Interviews Boaz BagBag?

Autism is common. More than 200,000 new cases discovered annually, primarily diagnosed at infancy. Common, the resources for the disease are limited and inconvenient. Manhattan's Boaz BAGBAG provides Uptown with a premier location as he opens a nursery for Autistic children in Manhattan.

Known as the First Tree Center. The nursery will be available for all autistic children in the surrounding New York-area. Providing urgent assistance, classrooms, and rehabilitating daycare for children between infants through 3-years-old.

Reports have shown, currently, 16 diagnosed infants travel to nurseries outside New York-area while others remain home due to the inability of convenient travel outside the Tri-State

Successful entrepreneur Boaz BAGBAG (54) has invented safety products for the automotive industry, Uber and Lyft-partnered black car service, and invested ambulance service that has employed thousands including U.S. immigrants seeking new opportunities as they relocate from foreign countries. BAGBAG himself is a former immigrant who came to the Tri-State area in 1993 from Israel.

Autism (ASD) is a genetic disorder that can challenge social skills, repetitive behaviors, speech, and nonverbal communication. Often accompanied by other medical issues including seizures, sleep disturbances, and Gastrointestinal disorders (GI). Studies show that Autism affects an estimated 1 in 59 children with symptoms appearing as early as 2-year-old. While treatable, Autism is an incurable lifelong developmental disorder.

BAGBAG is hopeful through the opening of his Manhattan nursery will provide an opportunity to learn more on autistic treatment. Challenge the education and cultural adversities with provided resources. Overall, assisting in the rapid growth of support within the immigrant community within New York.

In New York alone, in the last two years, we've seen growth approximately 65,000 immigrants involved in the cultural development of the Tri-State area. BAGBAG has become one of the prominent figures in the educational, cultural, and economic growth of the surrounding Tri-State region. Continuing to provide resources for the less fortunate and necessities that were not available upon his original arrive immigrating to the U.S.

Back to Top ↑

Read The Hype Magazine



Get Your Stream On



News From Hip-Hop To Hollywood!

First Tree Center. Operation hours will be from 7:30AM to 4:30PM weekly, located in the Upper East Side of New York City.



**As you introduce your self, who is Boaz BagBag and what brought you to the shores of America?**

I came to America looking to better my life I was broke with 80$ in my pocket, sleeping on the streets for days then, I started working at a 99 cents store, from there I made my way in the automotive industries and in 1994 I became an expert on fleet and safety management.

**What and/or who influenced you to become the entrepreneur that you are today?**

Helping other minority immigrants. blind and disabled people.

**What drove you to begin giving back to others within the community?**

I saw the need of minorities in the us that no agencies would help and realized with just a small budget we can change life's.

**Tell us about your current philanthropic efforts and future projects?**

Synagogues in the USA and Israel, kids with autism, education for TLC drivers and helping drivers to become independent.

**What do you want people to realize from your philanthropic efforts?**

Build hope in others the same way I built hope in myself.

**What do you feel has been your greatest life achievement so far?**

Stopping minorities in the TLC business from committing suicide after seeing a total of 8 people that has killed themselves.

**Is there anything else you would like to share?**

I hope that others will join forces with me in what I'm doing in New York because its a great state to help and support others.

Share

Tweet

SHARE ON FACEBOOK    SHARE ON TWITTER

### About the Author



**Jameelah "Just Jay" Wilkerson**

### Moksi Rap-Infused House Track "So Fly" ft. Lil Debbie on Yellow Claw's Barong Family, Ahead of Debut Studio Album
June 28th | by Hype Editorial

### Catch those summer vibes with LV's Latest Single "Love You A Lot" – Released Today!
June 28th | by Hype Editorial

### Chris Brown – Indigo
June 28th | by Jerry Doby

### HOMESAFE Release New Single "Without Warning"
June 28th | by Hype Editorial

### Multi-Platinum & Chart-Topping Global Superstar Chris Brown Releases 9th Studio Album INDIGO
June 28th | by Jerry Doby

Collabmix.com



Music Lounge

Chris Brown – Indigo

## From the Web
*Ads by Revcontent*

**New Weight Loss Discovery Burns Belly Fat Like Crazy**
HealthE News

**New Platform Is Revolutionizing Forensic Accounting**
VALID8

**Do You Suffer From One Of These Bizarre Phobias? Probably**
Buzzworthy

**Fight "Hacks" From Ex SEAL: Defend Yourself In Any Situation**
SurvivalTech

**Clint Eastwood's Family Finally Confirmed the Rumours About His Net**
Reportily

**This Picture is Not Edited… It's Real**
Reportily


Lil Chimey – No Love


Lil Jon & Mac Dre – Ain't No Tellin'


DJ Khaled – "You Stay"

### Periscope

## Related Posts


**UFC's, Luis Pena Warns Future Opponents: "You Better Be Ready To Get Hurt!"** →


**Black and Nobel: Sea Moss Gold… Put Life Back Into Your Body** →


**Rehegoo CEO and Founder Marco Rinaldo Reflects on the Label's Collaboration with Global Icon Quincy Jones** →


**Alfonso Ribeiro On Hampton By Hilton's "Real Travel Road Trip Hotline," Career Highlights & More** →



 **Feed**    *by Engage.IM*

**YO    Your Online Insider**
Sponsored

**Md: Do This Immediately If You Have Diabetes (Video)**
Read More

Love

Be the first to react

### Hey There!

Connect your account to surface **personalized** and **relevant** content!

Personalize with Facebook

 Continue with E-mail

Already have an account? Login
Terms and Conditions

### Advertisement

Facebook





R **Routinejournal**
Sponsored

**What Bernadette from 'The Big Bang Theory' Looks Like in Real Life is Stunning!**

Read More

Love

Be the first to react

R **Routinejournal**
Sponsored

**What Bernadette from 'The Big Bang Theory' Looks Like in Real Life is Stunning!**

Read More

Love    Engage    Share

Be the first to react



Facebook



More than just an average urban music magazine, The Hype Magazine services our readers and subscribers a diverse collection of stories, interviews and impactful editorials. HYPE is not a niche market outlet, our audience range includes fashion fans; gamers; movie nuts; MMA followers; EDM; rock, television personalities, etc., if it's news worthy we cover it.

**Recent Posts**

 Moksi Rap-Infused House Track "So Fly" ft. Lil Debbie on Yellow Claw's Barong Family, Ahead of Debut Studio Album
June 28th | by *Hype Editorial*

 Catch those summer vibes with LV's Latest Single "Love You A Lot" – Released Today!
June 28th | by *Hype Editorial*

**The Hype TV**





**May 2019**

| S | M | T | W | T | F | S |
|---|---|---|---|---|---|---|
|   |   |   | 1 | 2 | 3 | 4 |
| 5 | 6 | 7 | 8 | 9 | 10 | 11 |
| 12 | 13 | 14 | 15 | 16 | 17 | 18 |
| 19 | 20 | 21 | 22 | 23 | 24 | 25 |
| 26 | 27 | 28 | 29 | 30 | 31 |   |

« Apr                                                                 Jun »

Copyright © 2002 - 2018 The Hype Magazine, Inc - How You Perceive Everything

Home | The HYPE TV | Editorial Blog Archive | Subscribe Today | Submit Your Video | Submit Your Music | Privacy Policy | Terms of Service | Contact Us
Back to Top ↑