# POLLOCK | COHEN LLP

60 BROAD STREET, 24TH FLOOR
NEW YORK, NEW YORK 10004
(212) 337-5361

CONTACT:
Adam Pollock
Adam@PollockCohen.com
(646) 290-7251

June 28, 2019

**VIA ECF**

Hon. Michael E. Wiles, U.S.B.J.
United States Bankruptcy Court
Southern District of New York
One Bowling Green
New York, NY 10004

Re: *In re Boaz Bagbag*, Case No.: 08 br 12667 (MEW)
*Bagbag v. Summa Capital Corp.*, Case No.: 19 ap 01022 (MEW)

Dear Judge Wiles:

We represent Mr. Boaz Bagbag, the debtor in the above-referenced matter and write to briefly respond to Summa Capital's letter from earlier today, June 28, 2019 (dkt. #36).

Given the complicated subject matter and legal terminology, we will consider providing a Hebrew interpreter for Mr. Bagbag's deposition. And, to the extent that Summa's counsel has any further discovery-related issues, we respectfully suggest that they can call me or await my email correspondence before disturbing the Court.

Thank you for Your Honor's consideration in this matter.

Respectfully submitted,

/s/ *Adam Pollock*

Adam Pollock

cc:
Wayne M. Greenwald, Esq. (*via ECF*)
(counsel for Summa Capital Corp.)