UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------x
In re                                   : Chapter 7
                                        :
BOAZ BAGBAG,                            : Case No. 08-12667 (MEW)
                                        :
                    Debtor.             :
---------------------------------------------------------x
BOAZ BAGBAG,                            :
                    Plaintiff,          :
      v.                                : Adv. Pro. No. 19-1022 (MEW)
                                        :
SUMMA CAPITAL CORP.                     :
                                        :
                    Defendant,          :
---------------------------------------------------------:

ORDER SETTING DEADLINE TO FILE FURTHER MOTIONS

On August 1, 2019, the Court entered an Order Denying Motion to Vacate Judgment [Dkt No. 47], in which it directed the parties to notify the Court prior to August 8, 2019 whether they believe that any other aspect of this adversary proceeding remained to be decided, or whether the proceeding should be dismissed. On August 7, 2019 Summa Capital Corp. filed a letter [Dkt No. 48] requesting that the adversary proceeding remain open as it intended to seek sanctions against the Debtor and his counsel. In response, the Debtor filed a letter [Dkt No. 49] which indicated that, while disagreeing with Summa Capital's contentions, the Debtor was not objecting to the Court keeping the matter open at this time. For the purposes of case management, the Court has determined to set a deadline for the filing of any further motions in this adversary proceeding. Based upon the foregoing, it is hereby

ORDERED, that any further motions in this adversary proceeding be filed by August 20, 2019.

Dated: New York, New York
      August 9, 2019

                                        <u>/s/ **Michael E. Wiles**</u>
                                        UNITED STATES BANKRUPTCY JUDGE