# WAYNE GREENWALD, P.C.
*Attorneys*

475 Park Avenue South- 26th Floor
New York, New York 10016
Tel: 212-983-1922   Fax: 212-983-1965
e-mail: grimlawyers@aol.com

September 16, 2019

Via ECF filing, Email
and First Class Mail

Hon. Michael E. Wiles
United States Bankruptcy Court
Southern District of New York
One Bowling Green
New York, NY 10004

**Re:**   *In re Boaz Bagbag*, Debtor, Case No. 08-12667 (MEW)
     and
     *Boaz Bagbag , v. Summa Capital Corp.*,   Adv. No. 19-01022 (MEW)

Dear Judge Wiles:

This confirms that the hearing for Summa Capital Corp's verified motion for orders opposing money sanctions against the debtor and his counsel has been adjourned from Tuesday September 17, 2019 at 10:00a.m. to Wednesday October 16, 2019 at 2:00p.m., on consent of the movant.

Respectfully,

WAYNE GREENWALD, P.C.


By:   Tiffany Wright
     Legal Assistant

TW/ms
cc: Adam Pollock, Esq., *via* ECF filing only