UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re Boaz Bagbag,<br><br>                    Debtor.<br><br>――――――――――――――――――<br><br>Boaz Bagbag,<br><br>                    Petitioner,<br><br>    - against-<br><br>Summa Capital Corp.,<br><br>                    Respondent. | Chapter 7<br><br>Case No. 08-12667 (MEW)<br><br>NOTICE OF APPEARANCE<br><br>Adv. No. 19-01022 (MEW) |

**PLEASE TAKE NOTICE** that J. Richard Supple, Esq., of HINSHAW & CULBERTSON LLP, 800 Third Avenue, 13th Floor, New York, New York 10022, has been retained as counsel for non-parties Adam Pollock and Pollock Cohen LLP ("Petitioner's Counsel") with respect to Respondent's Motion for Sanctions Against the Debtor and His Counsel, filed on August 21, 2019 ("Motion"). Copies of all pleadings, orders, notices and other documents relating to the Motion should henceforth be served on Hinshaw & Culbertson LLP.

Dated: New York, New York
       October 15, 2019

                                          HINSHAW & CULBERTSON LLP
                                          *Attorneys for Adam Pollock and Pollock Cohen LLP*

                                  By:     */s/ J. Richard Supple, Jr.*
                                          J. Richard Supple, Jr.
                                          800 Third Avenue, 13th Floor
                                          New York, NY 10022
                                          Tel: (212) 471-6200
                                          Fax: (212)935-1166
                                          Email: rsupple@hinshawlaw.com