UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x
:
In re                                                    :    Chapter 7
                                                         :
BOAZ BAGBAG,                                             :    Case No. 08-12667 (MEW)
                                                         :
                        Debtor.                          :
------------------------------------------------------------x
                                                         :
BOAZ BAGBAG,                                             :
                        Plaintiff,                       :
        v.                                               :    Adv. Pro. No. 19-1022 (MEW)
                                                         :
SUMMA CAPITAL CORP.                                      :
                                                         :
                        Defendant,                       :
------------------------------------------------------------:

ORDER

On October 16, 2019, a hearing was conducted in this adversary proceeding concerning the motion for sanctions filed by defendant Summa Capital Corp.  At the conclusion of the hearing, the Court stated that it had made a final ruling not to impose sanctions as to counsel.  However, with respect to the request for imposing sanctions against Mr. Bagbag, the Court left open the question of whether it was appropriate pending a determination of whether Mr. Bagbag wished to offer more evidence on that point.  In addition, if sanctions were deemed warranted, the Court needed evidence as to the amount of any such award.  The parties were to confer on an appropriate date for any required evidentiary hearing on any of the remaining issues or, alternatively, to see if they could resolve the matter.  The parties were directed to inform the Court if they would require a further evidentiary hearing.  As of this date, there has not been any

communication from the parties concerning a further evidentiary hearing. Based upon the foregoing, it is hereby

ORDERED, that the record will be deemed closed unless, on or before November 21, 2019, one or both of the parties files a request for a further evidentiary hearing along with an identification of the evidence to be offered and the relevance thereof.

Dated: New York, New York
       November 15, 2019

/s/ **Michael E. Wiles**
UNITED STATES BANKRUPTCY JUDGE