WAYNE GREENWALD, P.C.
*Attorneys for the Respondent , Summa Capital Corp.*
475 Park Avenue South - 26th Floor
New York, New York 10016
12-983-1922

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br>    BOAZ BAGBAG,<br>                            Debtor. | Case No. 08-12667 (MEW)<br>Chapter 7 |
| BOAZ BAGBAG,<br>                  Petitioner,<br>- against -<br>SUMMA CAPITAL CORP.,<br>                  Respondent | Adv. No. 19-01022 (MEW)<br><br><br><br>Respondent. |

**STATEMENT OF ATTORNEYS' FEES INCURRED BY SUMMA CAPITAL CORP**
**IN THIS ADVERSARY PROCEEDING**

**TO:   HON. MICHAEL E. WILES**
**UNITED STATES BANKRUPTCY JUDGE**

   Annexed hereto ia a schedule of attorneys' fee and related disbursements incurred by

Summa Capital Corp**.,** in connection with defending this adversary proceeding.

Dated:       New York, New York
             November 27, 2019           WAYNE GREENWALD, P.C.
                                          *Attorneys for the Respondent*
                                          *Summa Capital Corp.*
                                          475 Park Avenue South - 26th Floor
                                          New York, New York 10016
                                          212-983-1922

                                          By:    /s/ Wayne M. Greemwald         Pres.
                                                  Wayne M. Greenwald

-1-