# WAYNE GREENWALD, P.C.
*Attorneys*

at 475 Park Avenue South - 26th Floor
New York, New York 10016
Tel: 212-983-1922   Fax: 877-354-1003
e-mail: grimlawyers@aol.com

W. M. Greenwald

December 2, 2019

*Via* ECF Filing,
and First Class Mail

Hon. Michael E. Wiles
United States Bankruptcy Judge
United States Bankruptcy Court
Southern District of New York
One Bowling Green
New York, NY 10004

Re:  *In re Boaz Bagbag, Debtor*
     **Chapter 7, Case No. 08-12667 (MEW)**
     *Bagbag v. Summa Capital Corp.*
     <u>Adv. No. 19-01022 (MEW)</u>

Dear Judge Wiles:

This firm represents Summa Capital Corp. ('Summa "), in this case.

This letter responds to Adam Pollock's November 29, 2019, letter (the "Letter") requesting time to respond to Summa's schedule of fees and disbursements.

Summa does not object to the Debtor having the two weeks time it requested. Summa asks that it be granted one week to respond to the Debtor's submission.

Thank you for your consideration.

Respectfully,

/s/ Wayne M. Greenwald

Wayne M. Greenwald

WMG/ms
cc: Adam Pollock, Esq.