UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x
In re                                          :    Chapter 7
                                               :
BOAZ BAGBAG,                                   :    Case No. 08-12667 (MEW)
                                               :
                         Debtor.               :
---------------------------------------------------------------x
BOAZ BAGBAG,                                   :
                         Plaintiff,            :
      v.                                       :    Adv. Pro. No. 19-1022 (MEW)
                                               :
SUMMA CAPITAL CORP.                            :
                                               :
                         Defendant,            :
---------------------------------------------------------------x

### ORDER (1) DENYING REQUEST TO IMPOSE SANCTIONS ON DEBTOR'S COUNSEL; AND (2) GRANTING REQUEST TO IMPOSE SANCTIONS ON DEBTOR

On August 21, 2019, as amended on August 26, 2019, Summa Capital Corp. filed a motion (the "Sanctions Motion") seeking entry of an order imposing monetary sanctions against Boaz Bagbag (the "Debtor") and his counsel. (ECF Nos. 56 &57.) The Debtor opposed the Sanctions Motion and a hearing was held on October 16, 2019. After the hearing, the parties were afforded an opportunity to supplement the record and, on November 27, 2019, Summa Capital filed a statement (the "Fee Statement") of the fees and expenses it incurred and for which it sought reimbursement. (ECF no. 69.) On December 13, 2019, the Debtor filed opposition to the Fee Statement. (ECF No. 74.) On March 16, 2020, the Court entered its *Decision (1) Denying Request to Impose Sanctions on Debtor's Counsel, and (2) Granting Request to Impose Sanctions on Debtor*. For the reasons set forth in that Decision, it is hereby

ORDERED, that the request to impose sanctions on Debtor's counsel is denied; and it is further

ORDERED, that the request to impose sanctions on the Debtor is granted in the amount of $10,000.00, which amount the Debtor shall pay within ten (10) days after entry of this Order; and it is further

ORDERED, that this Court retains jurisdiction over the parties and over this Order for purposes of the enforcement thereof.

Dated: New York, New York
       March 17, 2020

                                       /s/ **Michael E. Wiles**
                                       The Honorable Michael E. Wiles
                                       United States Bankruptcy Judge