# ABRAMS 🅰 FENSTERMAN

Abrams, Fensterman, Fensterman, Eisman, Formato, Ferrara, Wolf & Carone, LLP

Attorneys at Law
www.abramslaw.com

3 Dakota Drive - Suite 300
Lake Success, New York 11042
Phone: 516-328-2300
Fax: 516-328-6638
Fax Not For Legal Services

**Christopher A. Gorman**
*Partner*
cgorman@abramslaw.com

July 8, 2021

**VIA CM/ECF**
Honorable Michael E. Wiles, U.S.B.J.
United States Bankruptcy Court
Southern District of New York
One Bowling Green
New York, New York 10004

    Re:    *In re Boaz Bagbag*, Case No. 08 br. 12667 (MEW)
             *Bagbag v. Summa Capital Corp.*, Case No. 19 ap-01022 (MEW)

Dear Judge Wiles:

    As the Court is aware, this law firm represents Boaz Bagbag ("Mr. Bagbag"). We write this letter jointly on behalf of Mr. Bagbag and on behalf of counsel for Summa Capital Corp. ("Summa"), who is copied on this letter, in order to inform the Court that the parties have entered into a forbearance agreement concerning the Judgment entered against Mr. Bagbag. As such, the parties have stipulated to withdraw the related state court lawsuit with prejudice. By this letter Summa hereby withdraws its emergency motion for injunctive relief against Mr. Bagbag (Docket No. 25). In addition, by this letter the parties inform the Court that they consent to the above-referenced adversary proceeding being closed without prejudice to being reopened in the event that further enforcement of the Judgment becomes necessary. On behalf of all parties, we thank the Court for its assistance in getting this matter resolved.

                                Respectfully submitted,

                                /s/ Christopher A. Gorman
                                Christopher A. Gorman

Cc:    David Bolton, Esq.