UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re Boaz Bagbag,<br><br>　　　　　　Debtor. | Chapter 7<br><br>Case No. 08-12667 (MEW)<br><br>NOTICE OF APPEARANCE |
| Boaz Bagbag,<br><br>　　　　　　Petitioner,<br><br>　- against-<br><br>Summa Capital Corp.,<br><br>　　　　　　Respondent. | Adv. No. 19-01022 (MEW) |

**PLEASE TAKE NOTICE** that J. Richard Supple, Esq., of HINSHAW & CULBERTSON LLP, 800 Third Avenue, 13th Floor, New York, New York 10022, has been retained as counsel for non-parties Adam Pollock and Pollock Cohen LLP ("Petitioner's Counsel") with respect to Respondent's Motion for Sanctions Against the Debtor and His Counsel, filed on August 21, 2019 ("Motion"). Copies of all pleadings, orders, notices and other documents relating to the Motion should henceforth be served on Hinshaw & Culbertson LLP.

Dated: New York, New York
　　　 October 15, 2019

　　　　　　　　　　　　　　　　　　HINSHAW & CULBERTSON LLP
　　　　　　　　　　　　　　　　　　*Attorneys for Adam Pollock and Pollock
　　　　　　　　　　　　　　　　　　Cohen LLP*

　　　　　　　　　　　By:　*/s/ J. Richard Supple, Jr.*
　　　　　　　　　　　　　　J. Richard Supple, Jr.
　　　　　　　　　　　　　　800 Third Avenue, 13th Floor
　　　　　　　　　　　　　　New York, NY 10022
　　　　　　　　　　　　　　Tel: (212) 471-6200
　　　　　　　　　　　　　　Fax: (212) 935-1166
　　　　　　　　　　　　　　Email: rsupple@hinshawlaw.com